IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| Plaintiff(s) | ) | WILSON et al |
|  | ) |  |
| v. | ) | Civil Action No. **08-088** |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant(s) | ) | ABM JANITORIAL NORTHEAST, INC. et al |

**REPORT OF MEDIATION**

A mediation session was held in the above captioned matter on April 30, 2008.

A follow up session (please check one):
\_\_\_\_\_ is scheduled.
\_\_X\_\_ is not scheduled.

The case (please check one):
\_\_\_\_\_ has settled
\_\_\_\_\_ has settled in part
\_\_X\_\_ has not settled.

If the case has settled in part, please indicate the part that has settled.
    -Settlement is pending and expected before the end of the week (5/23/08).


Stipulations that the parties agreed may be disclosed are: <u>None</u>

What discovery did the parties engage in prior to the ADR session (amount and type of discovery)? <u>Only the mandatory initial disclosures were made.</u>


Dated: <u>May 21, 2008</u>                              S/ Kenneth J. Benson
                                                          Signature of Neutral